UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DIONNE MARIE NADON,<br><br>          Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security*,<br><br>          Defendant. | Case No. CV 23-72-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Order dated May 28, 2024 (Doc. 13), the Commissioner's decision is AFFIRMED.

Dated this 28th day of May, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk